

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § | No. 08-12-00271-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| | § | |
| GLORIA J. TRUJILLO, | § | (TC# 2011-DCV-10381) |
| | § | |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Pursuant to Texas Rule of Appellate Procedure 42.1, Appellant, Texas Tech University Health Sciences Center, and Appellee, Gloria J. Trujillo, have jointly moved to dismiss this appeal. We grant the motion and dismiss the appeal. Pursuant to the parties' request, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


August 21, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.